UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                       :

Cristian Sanchez,                       :

                    Plaintiff,    :                  21 Civ. 1792 (LGS)
                                   :
            -against-             :
                                   :                  ORDER
Panini America, Inc.,                 :

                   Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for May 6, 2021,

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the May 6, 2021, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED**, regarding settlement discussions, that the parties' request for a referral for mediation to the Court-annexed Mediation Program is **GRANTED**. The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 30, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE